**Order entered February 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01247-CV

### IN THE INTEREST OF R.M.R., III, A MINOR CHILD

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-081D-86**

## ORDER

By letter dated January 6, 2015, the Court noted that the trial court signed an order severing the judgment against Mark Campbell from the proceeding against Katherine Garvey. Because the clerk's record did not reflect that a new cause number was assigned to the proceeding against Mark Campbell we requested that appellant obtain a new cause number for the severed action to reflect the severance of the proceeding against Mark Campbell and advise the Court of the new trial court cause number. The appellant has advised the Court that the new trial court cause number is 219-00287-2015. Accordingly, we **DIRECT** the Clerk of Court to reflect in the Court's case management system that the case arises from trial court cause number 219-00287-2015. The notice of appeal originally filed by appellant with regard to cause number 219-081D-86 shall be treated as timely filed with respect to 219-00287-2015 for jurisdictional purposes. All existing appellate deadlines shall remain in place.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE